UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025-1
JANUARY 6, 2026 SESSION



FILED
JAN - 6 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:26-cr-00004
    18 U.S.C. § 1589
    18 U.S.C. § 1591(a)(1)
DARRELL SHAWTON COLLINS   18 U.S.C. § 1591(b)(1)
    Also known as "Worm"
    Also known as "Dutch"

## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

From in and around June 2025 through in and around August 2025, at or near Saint Albans, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant DARRELL SHAWTON COLLINS, also known as "Worm" and "Dutch," in and affecting interstate or foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained, by any means, Victim 1, knowing and in reckless disregard of the fact that means of force, threats of force, coercion, as defined in 18 U.S.C. § 1591(e)(2), and any combination of such means would be used to cause Victim 1 to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT TWO

From in and around May 2025 through in and around October 2025, at or near Saint Albans, Kanawha County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendant DARRELL SHAWTON COLLINS, also known as "Worm" and "Dutch," did knowingly provide and obtain the labor and services of Victim 1, by: (a) force and threats of force to Victim 1; (b) serious harm and threats of serious harm to Victim 1; and (c) means of any scheme, plan, and pattern intended to cause Victim 1 to believe that, if Victim 1 did not perform such labor and services, that Victim 1 would suffer serious harm.

In violation of Title 18, United States Code, Section 1589.

## COUNT THREE

From in and around May 2025 through in and around October 2025, at or near Saint Albans, Kanawha County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendant DARRELL SHAWTON COLLINS, also known as "Worm" and "Dutch," did knowingly provide and obtain the labor and services of Victim 2, by: (a) force and threats of force to Victim 2; (b) serious harm and threats of serious harm to Victim 2; and (c) means of any scheme, plan, and pattern intended to cause Victim 2 to believe that, if Victim 2 did not perform such labor and services, that Victim 2 would suffer serious harm.

In violation of Title 18, United States Code, Section 1589.

## COUNT FOUR

From in and around May 2025 through in and around October 2025, at or near Saint Albans, Kanawha County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendant DARRELL SHAWTON COLLINS, also known as "Worm" and "Dutch," did knowingly provide and obtain the labor and services of Victim 3, by: (a) force and threats of force to Victim 3; (b) serious harm and threats of serious harm to Victim 3; and (c) means of any scheme, plan, and pattern intended to cause Victim 3 to believe that, if Victim 3 did not perform such labor and services, that Victim 3 would suffer serious harm.

In violation of Title 18, United States Code, Section 1589.

**FORFEITURE**

Pursuant to 18 U.S.C. § 1594(d), upon conviction of an offense in violation of Title 18, United States Code, Section 1589 and 1591, the defendant, DARRELL SHAWTON COLLINS, also known as "Worm" and "Dutch," shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

This property includes, but is not limited to, any real and personal property constituting or traceable to gross profits and other proceeds obtained from the violations set forth in this Indictment and any real and personal property used or intended to be used to commit or to facilitate the commission of the violations set forth in this Indictment.

MOORE CAPITO
United States Attorney

By: _____
JENNIFER RADA HERRALD
Assistant United States Attorney